AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:17-MJ-00308 | Date and time warrant executed: 15 SEPT 2017 @ 0610am | Copy of warrant and inventory left with: DARIN TIETGEN |
| Inventory made in the presence of: DARIN TIETGEN | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached: Description of property (ATTACHMENT 1) Seized on 9/15/2017. (1) PAGE.
CASE REFERENCE: 305B-LA-2207079

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 18 SEPT 2017

_____
Executing officer's signature

JONATHAN TROUTMAN, Special Agent
Printed name and title

Attachment 1

Case File: 305B-LA-2207079

The following items were seized:

- iPhone Model A1688; FCC ID: BCG-E2946A
- Samsung Phone Model SCH-1545V; FCC ID: A3LSCHI545
- HP Pavilion Laptop with power cord; Model # 17-1113DX; SN: 5CD43745HG
- Canon Camera Model PC1227 w/ battery charger; SN:4523328815
- Thumb drive w/ "crucial technology"; SN: 540004200518
- iPad 16GB; SN: DMPHM5K6DNQR; IMEI: 990000969837493
- Samsung Chrome Notebook; SN: HY3A91DD601774R
- Acer Chrome Notebook; SN: NXSHEAA004421068FE7600
- Samsung Galaxy S4; IMEI: 990004484964733
- HP Pavilion laptop; SN: CNF3330STV
- Toshiba Satellite laptop; SN: 99251827Q
- Sony Handycam Model DCR-SX44 with battery and power cord; SN: 1312547
- PNY SD card 8GB; SN: 1026WW7600F
- Seagate external hard drive 500GB; SN: NA4QGC3V
- Letter from Honda addressed to Darin Tietgen at search premises.